IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SECURITIES AND EXCHANGE         :
COMMISSION,                     :
                                :
                                :
                                :
                                :   **Civil Action No.: 1:11-cv-0056**
v.                              :
                                :
STANLEY J. KOWALEWSKI           :
and SJK INVESTMENT              :
MANAGEMENT, LLC,                :
                                :
                                :
                                :
                                :

**PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE
WHY DEFENDANT STANLEY J. KOWALEWSKI SHOULD NOT BE
HELD IN CIVIL CONTEMPT FOR FAILING TO COMPLY WITH
THE COURT'S ORDERS FREEZING ASSETS**

Plaintiff Securities and Exchange Commission ("Commission") respectfully

asks the Court to issue an order to show cause why Defendant Stanley J.

Kowalewski should not be held in civil contempt for his violations of this Court's

January 6, 2011 order freezing assets.  On the morning of January 7, 2011,

Kowalewski went to a branch of First Citizens Bank in Greensboro, North

Carolina and wrote a counter check on his personal account in the amount of

$100,000 which he used to purchase a $100,000 cashier's check.  Kowalewski

endorsed the cashier's check to his wife who subsequently deposited it into an

account at a Wachovia bank branch.  This conduct is in plain violation of the

Court's asset freeze.  Several days later, Kowalewski persuaded the co-owner of a

business in which the SJK Special Opportunities Fund had invested to deliver to

Kowalewski two cashier's checks that Kowalewski used to pay attorneys in this

case.  Kowalewski controlled these cashier's checks and, by sending them to his

lawyers, again violated this Court's asset freeze.

WHEREFORE, the Commission respectfully requests that this Court Order

defendant Kowalewski to show cause why he should not be held in civil contempt

for his violations of this Court's orders freezing assets, order him to replace those

assets, and impose those sanctions the Court deems necessary should he fail to

comply with the Court's order.

Dated: March 18, 2011

Respectfully submitted,

/S/ Alex Rue
Alex Rue
Senior Trial Counsel
Georgia Bar No. 618950
Counsel for Plaintiff
Securities and Exchange Commission

3475 Lenox Road, N.E., Suite 1000
Atlanta, Georgia 30326-1232
Tel: (404) 842-7616 (Rue)
Fax: (404) 842-7679
E-mail:     Ruea@sec.gov

# CERTIFICATE OF SERVICE[1]

This is to certify that on March 17, 2011, I electronically filed the foregoing application and memorandum with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Thomas R. Todd, Jr.
Office of Thomas R. Todd, Jr.
P.O. Box 88519
Atlanta, GA 30356 404-630-7100
Email: trtoddjr@ttoddlaw.com

J. David Dantzler, Jr.
Troutman Sanders, LLP-ATL
Suite 5200
Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
404-885-3314
Fax: 404-962-6799
Email: David.Dantzler@troutmansanders.com

Lena Amanti U.S. Attorney's Office-ATL
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta,GA 30303
404-581-6225
Fax: 404-581-6263
Email: lena.amanti@usdoj.gov

Charles R. Burnett
Troutman Sanders, LLP-ATL

---

[1] I also certify that this document is printed in Times New Roman font, size 14, and does not contain more than ten characters per inch.

Suite 5200
Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216 404-885-3000
Email: charles.burnett@troutmansanders.com

Thomas B. Bosch
Troutman Sanders, LLP-ATL
Suite 5200
Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
404-885-3591
Fax: 404-962-6727
Email: tom.bosch@troutmansanders.com


I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Kimberly E. Neureiter
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W. Suite 340
Washington, DC 20005 202-326-4020