IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | Civil Action No.: 1:11-cv-0056 |
| v. | : : | |
| STANLEY J. KOWALEWSKI and SJK INVESTMENT MANAGEMENT, LLC, | : : : : | |
| Defendants. | : : : | |

**PLAINTIFF'S PROPOSED ORDER TO SHOW CAUSE
WHY DEFENDANT KOWALEWSKI SHOULD
NOT BE HELD IN CIVIL CONTEMPT FOR
WILFULLY VIOLATING THE COURT'S ORDERS FREEZING ASSETS**

Respectfully submitted,

/S/ Alex Rue
Alex Rue
One of Counsel for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
3475 Lenox Road N.E., Suite 500
Atlanta, Georgia 30326-1232
Telephone (404) 842-7616

# CERTIFICATE OF SERVICE[1]

This is to certify that on March 17, 2011, I electronically filed the foregoing Proposed Order to Show Cause with the Clerk of Court using CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Thomas R. Todd, Jr.
>Office of Thomas R. Todd, Jr.
>P.O. Box 88519
>Atlanta, GA 30356
>404-630-7100
>Email: trtoddjr@ttoddlaw.com
>
>J. David Dantzler, Jr.
>Troutman Sanders, LLP-ATL
>Suite 5200
>Bank of America Plaza
>600 Peachtree Street, N.E.
>Atlanta, GA 30308-2216
>404-885-3314
>Fax: 404-962-6799
>Email: David.Dantzler@troutmansanders.com
>
>Lena Amanti
>U.S. Attorney's Office-ATL
>600 U.S. Courthouse
>75 Spring Street, S.W.
>Atlanta, GA 30303
>404-581-6225
>Fax: 404-581-6263
>Email: lena.amanti@usdoj.gov

---

[1] I also certify that this document is printed in Times New Roman font, size 14, and does not contain more than ten characters per inch.

Charles R. Burnett
Troutman Sanders, LLP-ATL
Suite 5200
Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
404-885-3000
Email: charles.burnett@troutmansanders.com


Thomas B. Bosch
Troutman Sanders, LLP-ATL
Suite 5200
Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
404-885-3591
Fax: 404-962-6727
Email: tom.bosch@troutmansanders.com


I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:


Kimberly E. Neureiter
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Suite 340
Washington, DC 20005
202-326-4020

/S/ Alex Rue

Alex Rue
Georgia Bar No. 618950
Counsel for Plaintiff
U.S. Securities and Exchange
Commission
3475 Lenox Road, N.E. Suite 1000
Atlanta, Georgia 30326-1232
Telephone: (404) 842-7616

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | Civil Action No.: 1:11-cv-0056 |
| v. | : | |
| STANLEY J. KOWALEWSKI and SJK INVESTMENT MANAGEMENT, LLC, | : | |
| Defendants. | : | |

## ORDER TO SHOW CAUSE

On the application of Plaintiff Securities and Exchange Commission ("Commission") for an order to show cause why Defendant Kowalewski should not be held in civil contempt for his violations of this Court's January 6, 2011 orders freezing assets, the Court has considered the application filed by the Commission on March 17, 2011 and the memorandum in support thereof. Based upon those documents, the Court is satisfied that the Commission has made a sufficient and proper showing in support of the relief granted herein, and therefore:

I.

IT IS HEREBY ORDERED that Kowalewski show cause, if there be any, to this Court at _____ o'clock, on the _____ day of _____, 2011, in Room _____, of the United States Courthouse, Atlanta, Georgia or as soon thereafter as can be heard, why this Court should not issue an order holding them in civil contempt for violating this Court's orders freezing assets.

II.

IT IS FURTHER ORDERED that Kowalewski shall serve any papers in opposition to the Commission's application for an order to show cause so as to be received no later than three (3) days prior to the time established in Section I of this order for a hearing on plaintiff's application. Service shall be made by delivering the papers to the Commission at 3475 Lenox Road, Suite 500, Atlanta, Georgia 30326-1232 to the attention of Alex Rue or to such other counsel as the Commission may designate in writing, by the most expeditious means available.

This _____ day of _____, 2011.

_____
United States District Judge