IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>STANLEY J. KOWALEWSKI and<br>SJK INVESTMENT MANAGEMENT,<br>LLC,<br><br>    Defendants. | Civil Action Number<br>1:11-CV-0056-TCB |

## CONSENT ORDER

This matter comes before the Court on the Plaintiff's Application for an Order To Show Cause Why Defendant Kowalewski Should Not Be Held In Civil Contempt ("Application").

The parties have stipulated the following facts:

1.  Defendant Kowalewski removed, or caused to be removed, from the assets frozen by the Court's order of January 6, 2011, $200,000 as set forth in Plaintiff's Application and supporting briefs.

2.  Of that sum, $125,000 was transferred to lawyers engaged by Mr. Kowalewski to represent his interests in this action.

3.  Of that sum $30,000 was expended for business expenses of SJK Investment Management, LLC.

4. The remaining $45,000 was spent by, or for the benefit of, Mr. Kowalewski for other purposes.

Mr. Kowalewski has asserted that his actions relating to the $200,000 were not contemptuous.

The parties have agreed to the following:

1. Defendant Kowalewski consents to the entry of an Order against him and in favor of Plaintiff, but to be paid to the Receiver, in the amount of $200,000.

2. Defendant Kowalewski shall commence paying that judgment at the rate of not less than $2,500 per month, beginning not later than August 1, 2011, and continuing thereafter until paid in full.

3. The unpaid balance shall bear interest at the delinquent tax rate established by the Internal Revenue Service, IRC § 6621(a)(2), and assessed on a quarterly basis.

4. Should Plaintiff recover all or any part of the aforementioned $125,000 from the attorneys to whom it was paid, Mr. Kowalewski will be credited with those sums, and the amount owed on the judgment will be reduced accordingly.

5. Time is of the essence, and in particular, Mr. Kowalewski shall make the payments specified above in a timely manner.

6. Defendant Kowalewski agrees not to contact or otherwise communicate with the investors with the SJK funds.

Based upon the foregoing and after consideration of Plaintiff's application, IT IS HEREBY ORDERED that:

1. This Order shall amount to a judgment against him in the amount of $200,000 in favor of the Plaintiff, but to be paid to the Receiver, plus interest on the unpaid balance as set forth in paragraph 3 above.

2. Defendant Kowalewski is ordered to pay the $200,000 judgment by making payments to the Receiver in the amount of $2,500 per month beginning on August 1, 2011 and

3. Defendant Kowalewski is ordered to refrain from contacting or otherwise communicating with the SJK investors concerning any matter that is related to the allegations in Plaintiff's complaint.

SO ORDERED this 28th day of June, 2011.

Timothy C. Batten, Judge
United States District Court
Northern District of Georgia

Consented to by:

Thomas R. Todd, Jr. Esq.
Attorney for Stanley J. Kowalewski

_/s/ Alex Rue_

Alex Rue
One of Counsel for the Plaintiff

Alex Rue
One of Counsel for the Plaintiff