# ITEM 2

```
From: SRODENBOUGH@brookspierce.com
Sent: Sunday, August 28, 2011 10:44 PM
To:   Rue, James A.
Cc:   GHays@HaysConsulting.net; Tom.Bosch@Troutmansanders.com;
IMACSWEEN@brookspierce.com
Subject:    Re: SJK: Kowalewski Home

Alex and Tom,

     You have reported in your emails below that you learned late on
Friday that Stan
Kowalewski has removed "many fixtures," believed to include interior
doors, cabinetry,
bathroom fixtures and lighting fixtures, from his Summerfield home, which
we understand to be
an asset of the Special Opportunities Fund now in the control of the
Receiver by order of the
Court in the SEC's enforcement action. Combs, Inc. was the builder of the
Kowalewski house in
2005. The home was finished in accordance with the specifications of the
home's original
purchaser, Bill Brooks, now deceased.
Allowances for interior fixtures, including interior doors and hardware,
kitchen cabinetry, granite
countertops, bathroom fixtures and lighting fixtures, totalled
approximately $179,027.36, not
including labor for installation of light fixtures, plumbing fixtures or
staining and installation of
interior doors.  After Kowalewski purchased the home from its original
owner, he contracted
with Combs, Inc. in 2010 to perform certain renovations to the home,
including approximately
$4,305.44 in upgrades to the interior fixtures. If all of the above
interior fixtures have now been
removed from the house, Combs, Inc. estimates that it would cost
approximately $44,100.00 in
labor to reinstall the removed interior doors and hardware, bathroom
fixtures and lighting
fixtures. To replace granite countertops and cabinetry, which are
supplied at a collective charge
for labor and material by the subcontractor, it would cost approximately
$142,129.93 for the
cabinetry and $25,184.56 for the granite countertops.  Please be aware
that these costs are based
on the limited information that has to this time been supplied to Combs,
Inc. about the extent of
the fixtures removed.  A firm cost estimate could be made by Combs, Inc.
on inspection of the
Kowalewski home.  -- Bo


******************************************************
S. Leigh "Bo" Rodenbough IV
Brooks, Pierce, McLendon,
```

```
        Humphrey & Leonard, L.L.P.
230 N. Elm Street, Suite 2000 (27401)
P.O. Box 26000 (27420)
Greensboro, NC
Direct Ph.: 336-271-3119
Direct Fax: 336-232-9119
Firm Ph.: 336-373-8850
Firm Fax: 336-378-1001
brodenbough@brookspierce.com
```