# EXHIBIT C

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Stanley Kowalewski et al (Under Fee Cap)**

### For the Period from    5/1/2011   to  5/31/2011

August 04, 2011

Professional Services

|                                    | Hrs/Rate              | Amount      |
| ---------------------------------- | --------------------- | ----------- |
| S. Gregory Hays, CTP, CIRA         | 41.80<br>360.00/hr    | 15,048.00   |
| **For professional services rendered** | **41.80**         | **$15,048.00** |

CTP - Certified Turnaround Professional
CFE - Certified Fraud Examiner
CIRA - Certified Insolvency and Restructuring Advisor

CPA - Certified Public Accountant
PHR - Professional in Human Resources

**SEC v. Stanley Kowalewski et al (Under Fee Cap)**

**For the Period from 5/1/2011 to 5/31/2011**

August 04, 2011

Professional Services

| | Hours | Amount |
|---|---|---|
| Asset Analysis & Recovery | 1.20 | 432.00 |
| Asset Disposition | 10.60 | 3,816.00 |
| Business Operations | 18.90 | 6,804.00 |
| Case Administration | 2.70 | 972.00 |
| Claims Administration & Objections | 1.60 | 576.00 |
| Employee Benefits / Pensions | 1.50 | 540.00 |
| Fee / Employment Applications & Objection | 2.40 | 864.00 |
| Insurance | 0.40 | 144.00 |
| Investor Communications and Reporting | 2.50 | 900.00 |
| **For professional services rendered** | **41.80** | **$15,048.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

===

**SEC v. Stanley Kowalewski et al (Under Fee Cap)**

### For the Period from    5/1/2011   to   5/31/2011

August 04, 2011

Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Asset Analysis & Recovery** | | | | |
| 5/11/2011 SGH | Began reviewing additional documents regarding ███. | | 0.60<br>360.00/hr | 216.00 |
| 5/27/2011 SGH | Reviewed ████████████ | | 0.40<br>360.00/hr | 144.00 |
| 5/31/2011 SGH | Corresponded with Tom Bosch regarding ████ | | 0.20<br>360.00/hr | 72.00 |
| | Subtotal | | 1.20 | 432.00 |
| **Asset Disposition** | | | | |
| 5/4/2011 SGH | Reviewed and researched information to employ broker for the lot on Oak Point Road. | | 0.30<br>360.00/hr | 108.00 |
| 5/5/2011 SGH | Reviewed the purchase and sale agreement for CDLD's sales of McNairy and drafted email to Tom Bosch. Reviewed response from Tom Bosch. | | 0.50<br>360.00/hr | 180.00 |
| 5/9/2011 SGH | Reviewed information and call to potential broker to sell the property on Oak Ridge. | | 0.30<br>360.00/hr | 108.00 |
| SGH | Reviewed rental bookings for beach house. Telephone call to Alan Altman regarding sale of beach house. | | 0.30<br>360.00/hr | 108.00 |
| SGH | Reviewed correspondence and related documents from Bo Rodenbough regarding McNairy sale and projected 6/30/11 closing date and projected funds from the sale. | | 0.50<br>360.00/hr | 180.00 |
| SGH | Telephone call from Tom Flannagan regarding McNeely Point and sale of property on Oak Ridge. Researched documents and sent email regarding same. | | 0.50<br>360.00/hr | 180.00 |
| 5/11/2011 SGH | Reviewed the notice regarding the sale of CDLD Holding's interest in McNairy Point (.5). Researched issues in the notice (.4). Telephone call to Tom Bosch regarding ████████████ (.4). | | 1.30<br>360.00/hr | 468.00 |
| 5/12/2011 SGH | Telephone call from Alan Altman regarding the sale of the beach house and rental of the house. | | 0.40<br>360.00/hr | 144.00 |
| SGH | Edited the notice on the sale of McNairy Point and drafted email to Tom Bosch (.5). Researched information in the two appraisals and in report to update the notice regarding the sale of CDLD's interest in McNairy Point (.6). Drafted email to Kevan Combs requesting additional information (.2). Telephone call from Tom Bosch responding to email regarding suggested changes to the notice (.2). | | 1.50<br>360.00/hr | 540.00 |
| 5/13/2011 SGH | Reviewed draft of notice to sell the boats and email to Tom Bosch regarding same and suggested addition. | | 0.30<br>360.00/hr | 108.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/13/2011 | SGH | Drafted email to Tom Flannagan regarding broker's price opinion on the Oak Ridge lot. | 0.20 360.00/hr | 72.00 |
| 5/16/2011 | SGH | Reviewed emails regarding the boat titles. | 0.10 360.00/hr | 36.00 |
| 5/18/2011 | SGH | Reviewed documents regarding McNairy Point for inclusion in the notice regarding sale. | 0.40 360.00/hr | 144.00 |
| | SGH | Reviewed agreement for sale of boats and corresponded with Scott Askue and Tom Bosch regarding same. | 0.30 360.00/hr | 108.00 |
| | SGH | Reviewed updated notice on McNairy sale. | 0.40 360.00/hr | 144.00 |
| 5/19/2011 | SGH | Reviewed emails regarding McNairy for the notice to the court. Reviewed attachment regarding lot sales. | 0.40 360.00/hr | 144.00 |
| | SGH | Reviewed revised notice regarding watercraft sale. | 0.20 360.00/hr | 72.00 |
| 5/20/2011 | SGH | Reviewed correspondence regarding McNairy notice. | 0.20 360.00/hr | 72.00 |
| | SGH | Reviewed and signed correspondence to the SC Dept of Natural Resources regarding the boat titles. | 0.20 360.00/hr | 72.00 |
| | SGH | Reviewed final draft of McNairy Point notice. Drafted email to Tom Bosch regarding same. | 0.40 360.00/hr | 144.00 |
| | SGH | Reviewed and edited final draft of McNairy and notice to Tom Bosch regarding same. Reviewed response. | 0.30 360.00/hr | 108.00 |
| 5/23/2011 | SGH | Researched information regarding sale of boats. | 0.20 360.00/hr | 72.00 |
| | SGH | Prepared and signed three brokerage agreements for the sale of the boats. Discussed with Scott Askue. | 0.40 360.00/hr | 144.00 |
| 5/27/2011 | SGH | Reviewed emails regarding procedures to sell real estate and responded. | 0.20 360.00/hr | 72.00 |
| 5/31/2011 | SGH | Followed up with Tom Flannagan regarding listing the lot and obtaining an appraisal. | 0.30 360.00/hr | 108.00 |
| | SGH | Reviewed emails regarding ████████████ and responded as appropriate. | 0.30 360.00/hr | 108.00 |
| | SGH | Followed up on sale of property. | 0.20 360.00/hr | 72.00 |
| | | Subtotal | 10.60 | 3,816.00 |

**Business Operations**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/2/2011 | SGH | Reviewed and signed additional notices to close out funds on 6/30/11. | 0.40 360.00/hr | 144.00 |
| | SGH | Reviewed ████████████████████ and drafted email to Tom Bosch and David Dantzler regarding same. | 0.60 360.00/hr | 216.00 |
| | SGH | Reviewed ████████████████████ . Reviewed ████████. Considered issues and drafted email to Tom Bosch, David Dantzler and Scott Askue regarding ████ | 0.80 360.00/hr | 288.00 |
| | SGH | Reviewed ████████████ prepared by Tom Bosch. | 0.40 360.00/hr | 144.00 |
| 5/3/2011 | SGH | Reviewed emails and attached documents from Rupert Bell regarding employing special counsel to respond to the indemnity request. | 0.50 360.00/hr | 180.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/3/2011 | SGH | Reviewed email and three attachments regarding the GPA and the turnover of the four accounts. Drafted email to Tom Bosch regarding ███████████ | 0.40 360.00/hr | 144.00 |
| | SGH | Reviewed engagement letter singed by David Bree. Drafted email to Tom Bosch regarding same. | 0.30 360.00/hr | 108.00 |
| 5/4/2011 | SGH | Conference call with David Dantzler, Tom Bosch and Scott Askue regarding various issues in the case including ███████████ | 1.00 360.00/hr | 360.00 |
| | SGH | Revived email and analysis regarding █████████ | 0.20 360.00/hr | 72.00 |
| | SGH | Reviewed ███████ issues █████. Reviewed analysis and responded to email. | 0.30 360.00/hr | 108.00 |
| | SGH | Reviewed correspondence to Rupert Bell at Walkers regarding the notice to CIMA. | 0.30 360.00/hr | 108.00 |
| 5/9/2011 | SGH | Reviewed emails from Bill Wright and David Dantzler regarding ██████ | 0.20 360.00/hr | 72.00 |
| | SGH | Reviewed and signed two letters to redeem funds as of 6/30/11. | 0.20 360.00/hr | 72.00 |
| | SGH | Reviewed correspondence from Rupert Bell regarding ███████████ | 0.20 360.00/hr | 72.00 |
| | SGH | Reviewed correspondence from Rupert Bell regarding ███████████. | 0.20 360.00/hr | 72.00 |
| 5/10/2011 | SGH | Reviewed and responded to email regarding ██████ | 0.20 360.00/hr | 72.00 |
| | SGH | Reviewed and responded to emails regarding ██████. | 0.20 360.00/hr | 72.00 |
| 5/11/2011 | SGH | Reviewed email and attachment from Rupert Bell regarding ████████. | 0.30 360.00/hr | 108.00 |
| | SGH | Reviewed ████████████. Considered issues and drafted email to Tom Bosch regarding ██████. | 0.50 360.00/hr | 180.00 |
| | SGH | Reviewed ███████████ and drafted email regarding ██████. | 0.30 360.00/hr | 108.00 |
| | SGH | Reviewed email regarding ██████ Considered issues and drafted response regarding ███████. | 0.30 360.00/hr | 108.00 |
| | SGH | Reviewed email regarding ██████. Considered issues and drafted response regarding ███████. | 0.20 360.00/hr | 72.00 |
| 5/12/2011 | SGH | Reviewed correspondence regarding ██████. Discussed with Jim Begnaud. | 0.30 360.00/hr | 108.00 |
| | SGH | Reviewed several emails regarding ████████ and responded as appropriate. | 0.30 360.00/hr | 108.00 |
| | SGH | Reviewed information regarding the ████████. | 0.30 360.00/hr | 108.00 |
| | SGH | Telephone call to Tom Bosch regarding ████████. | 0.30 360.00/hr | 108.00 |
| 5/13/2011 | SGH | Reviewed emails regarding ████████ | 0.20 360.00/hr | 72.00 |

|            |     |                                                                                                 | Hrs/Rate         | Amount  |
|------------|-----|-------------------------------------------------------------------------------------------------|------------------|---------|
| 5/13/2011  | SGH | Reviewed email from Alan Altman on the ███ ████████ Drafted email to Tom Bosch regarding ██████████ ██████ | 0.40 360.00/hr  | 144.00  |
|            | SGH | Corresponded with Goldman Sachs regarding the redemption and sent required information for Rivanna Offshore Fund. | 0.30 360.00/hr  | 108.00  |
| 5/16/2011  | SGH | Reviewed ████████ with Jim Begnaud.                                                              | 0.20 360.00/hr  | 72.00   |
|            | SGH | Reviewed email from Tom Bosch regarding ███████                                                  | 0.30 360.00/hr  | 108.00  |
| 5/17/2011  | SGH | Reviewed email regarding ██████████ and considered issues. Discussed SS&C statements with Scott Askue. | 0.30 360.00/hr  | 108.00  |
| 5/18/2011  | SGH | Board call with David Bree and Rupert Bell and Tom Bosch. Discussed issues regarding ████████████████████ ████████████████████████████ | 0.60 360.00/hr  | 216.00  |
|            | SGH | Board call with David Bree and Rupert Bell and Tom Bosch. Discussed issues regarding ████████████████████ ████████████████████████████ | 0.40 ██████      | 144.00  |
|            | SGH | Telephone call to Bob Brennan regarding ████████████                                            | 0.20 360.00/hr  | 72.00   |
|            | SGH | Reviewed email to David Bree regarding ███████                                                  | 0.20 360.00/hr  | 72.00   |
| 5/19/2011  | SGH | Reviewed are responded to emails regarding ███ ████████                                         | 0.40 360.00/hr  | 144.00  |
| 5/20/2011  | SGH | Reviewed correspondence from Rivanna Offshore Partners, Ltd regarding the redemption notice.    | 0.20 360.00/hr  | 72.00   |
| 5/24/2011  | SGH | Met with Jim Begnaud regarding ███████████ and discussed ████████                               | 0.30 360.00/hr  | 108.00  |
|            | SGH | Reviewed ███████████████████████ Edited document and sent email to Tom Bosch regarding same.    | 0.40 360.00/hr  | 144.00  |
|            | SGH | Reviewed ████████████████████████. Edited document and sent email to Tom Bosch regarding same.  | 0.40 360.00/hr  | 144.00  |
|            | SGH | Reviewed email regarding issues in connection with ███ █████████████. Considered issues and drafted email to Tom Bosch regarding same. | 0.40 360.00/hr  | 144.00  |
| 5/25/2011  | SGH | Telephone call from Betty Braxton regarding ███████. Drafted email to Scott Askue regarding requesting SS&C transfer the account to PBGC. | 0.30 360.00/hr  | 108.00  |
|            | SGH | Reviewed █████████████████.                                                                      | 0.20 360.00/hr  | 72.00   |
|            | SGH | Reviewed and signed engagement letters for audit and drafted email to Rupert Bell.              | 0.30 360.00/hr  | 108.00  |
|            | SGH | Reviewed and signed engagement letters for audit and drafted email to Rupert Bell.              | 0.30 360.00/hr  | 108.00  |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/26/2011 | SGH | Conference call with David Dantzler, Tom Bosch and Scott Askue regarding ███████. Reviewed ██████. | 0.80 360.00/hr | 288.00 |
| 5/27/2011 | SGH | Reviewed and signed documents from Rupert Bell to replace auditors. | 0.30 360.00/hr | 108.00 |
| | SGH | Reviewed and signed documents from Rupert Bell to replace auditors. | 0.30 360.00/hr | 108.00 |
| | SGH | Reviewed ███████. Researched and drafted email to Tom Bosch and Natalie Sacha regarding same. | 0.40 360.00/hr | 144.00 |
| | SGH | Reviewed email regarding ███████ Forwarded to Jim Begnaud. | 0.20 360.00/hr | 72.00 |
| 5/31/2011 | SGH | Reviewed email from Rupert Bell and ███████. Drafted email to Tom Bosch regarding ███████. Reviewed additional emails from Tom Bosch and Rupert Bell regarding same. | 0.40 360.00/hr | 144.00 |
| | SGH | Reviewed ███████, ███████ (.3). Reviewed ███████ (.5). Considered issues and drafted email to David Dantzler regarding same (.2) | 1.00 360.00/hr | 360.00 |
| | | Subtotal | 18.90 | 6,804.00 |
| **Case Administration** | | | | |
| 5/2/2011 | SGH | Reviewed and responded to miscellaneous emails. | 0.40 360.00/hr | 144.00 |
| 5/6/2011 | SGH | Telephone call to Tom Bosch regarding pending matters including ███████. | 0.30 360.00/hr | 108.00 |
| 5/11/2011 | SGH | Reviewed ███████. Telephone call to Tom Bosch regarding ███████ | 0.40 360.00/hr | 144.00 |
| 5/13/2011 | SGH | Telephone call to Tom Bosch regarding pending issues including ███████. | 0.40 360.00/hr | 144.00 |
| 5/16/2011 | SGH | Telephone call to Tom Bosch regarding ███████ | 0.30 360.00/hr | 108.00 |
| 5/18/2011 | SGH | Telephone call to Tom Bosch regarding ███████ | 0.30 360.00/hr | 108.00 |
| 5/24/2011 | SGH | Reviewed and responded to email from counsel regarding ███████ | 0.30 360.00/hr | 108.00 |
| | SGH | Telephone call to Tom Bosch regarding ███████. | 0.30 360.00/hr | 108.00 |
| | | Subtotal | 2.70 | 972.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

### Claims Administration & Objections

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/24/2011 | SGH | Reviewed and edited the employee and non-employee claim forms. Discussed changes to the employee form with Kathy Malek regarding the amount for priority. | 0.60<br>360.00/hr | 216.00 |
| | SGH | Continued to edit the employee claim form. Added information regarding priority claims and bonus. | 0.30<br>360.00/hr | 108.00 |
| 5/27/2011 | SGH | Reviewed claim issues and mailing of claim forms. | 0.30<br>360.00/hr | 108.00 |
| 5/31/2011 | SGH | Reviewed ████████ ████████████████████████████████ ████████████. Drafted email to Tom Bosch and David Dantzler regarding same. | 0.40<br>360.00/hr | 144.00 |
| | | Subtotal | 1.60 | 576.00 |

### Employee Benefits / Pensions

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/27/2011 | SGH | Met with Kathy Malek regarding employee claims and tax related issues. Reviewed email regarding same and drafted email to Tom Bosch regarding ████████ | 0.60<br>360.00/hr | 216.00 |
| 5/31/2011 | SGH | Reviewed emails regarding the payroll issues including 401k plan, FICA, state and federal with-holding and other payroll reporting issues to resolve the manner in which payroll was handled in January and February. | 0.40<br>360.00/hr | 144.00 |
| | SGH | Conference call with Tom Bosch, Kathy Malek and Tina DeNapoli regarding ████████ ████████████████████████████████████Reviewed documents regarding same. | 0.50<br>360.00/hr | 180.00 |
| | | Subtotal | 1.50 | 540.00 |

### Fee / Employment Applications & Objection

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/9/2011 | SGH | Reviewed legal bills for Troutman Sanders for February. Drafted email to Tom Bosch regarding same. | 0.50<br>360.00/hr | 180.00 |
| 5/13/2011 | SGH | Reviewed and edited billing documents for the fee application for February through April. | 1.50<br>360.00/hr | 540.00 |
| 5/17/2011 | SGH | Reviewed and edited attachments for the fee application. | 0.40<br>360.00/hr | 144.00 |
| | | Subtotal | 2.40 | 864.00 |

### Insurance

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/10/2011 | SGH | Reviewed and responded to emails. Reviewed issues regarding insurance on the beach house and verified payment was made. | 0.40<br>360.00/hr | 144.00 |
| | | Subtotal | 0.40 | 144.00 |

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|

### Investor Communications and Reporting

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/3/2011 | SGH | Reviewed ███████ . Drafted email to David Dantzler regarding same ███ | 0.40 360.00/hr | 144.00 |
| 5/4/2011 | SGH | Reviewed ████ | 0.20 360.00/hr | 72.00 |
| | SGH | Reviewed ████████ and researched ███ | 0.40 360.00/hr | 144.00 |
| 5/5/2011 | SGH | Telephone call from Tom Bosch regarding ████ | 0.30 360.00/hr | 108.00 |
| | SGH | Reviewed ██████ . Reviewed ███ | 0.30 360.00/hr | 108.00 |
| 5/12/2011 | SGH | Telephone call to Bob Brennan regarding ████ | 0.40 360.00/hr | 144.00 |
| 5/18/2011 | SGH | Reviewed email from Bob Brennan regarding ██ | 0.20 360.00/hr | 72.00 |
| 5/25/2011 | SGH | Reviewed and sent emails to Colt Conner to post documents on receiver's web site. | 0.30 360.00/hr | 108.00 |
| | | Subtotal | 2.50 | 900.00 |
| | | **For professional services rendered** | **41.80** | **$15,048.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

---

**SEC v. Stanley Kowalewski et al (Not Under Fee Cap)**

### For the Period from    5/1/2011   to  5/31/2011

August 05, 2011

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 5.10 | 1,836.00 |
|  | 360.00/hr |  |
| **For professional services rendered** | **5.10** | **$1,836.00** |

**SEC v. Stanley Kowalewski et al (Not Under Fee Cap)**

**For the Period from     5/1/2011    to  5/31/2011**

August 05, 2011

Professional Services

|  | Hours | Amount |
|---|---|---|
| Data Analysis | 0.90 | 324.00 |
| Litigation Consulting | 4.20 | 1,512.00 |
| **For professional services rendered** | **5.10** | **$1,836.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Stanley Kowalewski et al (Not Under Fee Cap)**

**For the Period from     5/1/2011     to     5/31/2011**

August 05, 2011

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Data Analysis** | | | | |
| 5/2/2011 | SGH | Reviewed correspondence regarding electronic data analysis proposal from De Novo Legal to process the 50 gigs of data. Drafted email to Tom Bosch regarding same. Reviewed email from Tom Bosch regarding same. | 0.50 360.00/hr | 180.00 |
| 5/4/2011 | SGH | Reviewed and signed the vendor agreement for electronic data discovery. Sent signed agreement to Tom Bosch. | 0.20 360.00/hr | 72.00 |
| 5/11/2011 | SGH | Reviewed email regarding electronic data discovery and privileged issues. | 0.20 360.00/hr | 72.00 |
| | | Subtotal | 0.90 | 324.00 |
| **Litigation Consulting** | | | | |
| 5/2/2011 | SGH | Reviewed the Response of Stan Kowalewski regarding the motion for contempt filed by the SEC. | 0.20 360.00/hr | 72.00 |
| 5/3/2011 | SGH | Reviewed declaration of Stan Kowalewski to the contempt matter. | 0.20 360.00/hr | 72.00 |
| 5/4/2011 | SGH | Reviewed emails regarding ███████████████. | 0.30 360.00/hr | 108.00 |
| 5/6/2011 | SGH | Reviewed and responded to emails regarding ████████. | 0.30 360.00/hr | 108.00 |
| 5/12/2011 | SGH | Researched ████████████████████ | 0.60 360.00/hr | 216.00 |
| 5/16/2011 | SGH | Reviewed and responded to emails regarding ██████ ██████████ | 0.20 360.00/hr | 72.00 |
| | SGH | Telephone call to Tom Bosch regarding ████████ █████ | 0.20 360.00/hr | 72.00 |
| 5/17/2011 | SGH | Reviewed emails regarding ████████████████ | 0.30 360.00/hr | 108.00 |
| 5/18/2011 | SGH | Reviewed emails regarding █████████████████ █████████ | 0.30 360.00/hr | 108.00 |
| 5/24/2011 | SGH | Reviewed Stan Kowalewski response to SEC's motion for contempt. | 0.20 360.00/hr | 72.00 |
| 5/25/2011 | SGH | Reviewed Stan Kowalewski response the SEC's brief. | 0.20 360.00/hr | 72.00 |
| | SGH | Reviewed Greg Schaack declaration. | 0.20 360.00/hr | 72.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/27/2011 | SGH | Reviewed ███████████████ and reviewed emails from counsel regarding same. | 0.50 360.00/hr | 180.00 |
| | | Reviewed numerous emails regarding ███████ ███████████████████████████████. | | |
| | SGH | Reviewed the SEC's filing of the Declarations is Support of the Show Cause Motion. | 0.20 360.00/hr | 72.00 |
| 5/31/2011 | SGH | Reviewed emails regarding ████████████ | 0.30 360.00/hr | 108.00 |
| | | Subtotal | 4.20 | 1,512.00 |
| | | **For professional services rendered** | **5.10** | **$1,836.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Stanley Kowalewski et al (Under Fee Cap)**

**For the Period from    6/1/2011    to   6/30/2011**

August 04, 2011

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 22.20<br>360.00/hr | 7,992.00 |
| **For professional services rendered** | **22.20** | **$7,992.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Stanley Kowalewski et al (Under Fee Cap)**

**For the Period from    6/1/2011    to  6/30/2011**

August 04, 2011

Professional Services

|  | Hours | Amount |
|---|---|---|
| Accounting | 1.10 | 396.00 |
| Asset Disposition | 2.30 | 828.00 |
| Business Operations | 5.40 | 1,944.00 |
| Case Administration | 5.90 | 2,124.00 |
| Fee / Employment Applications & Objection | 2.50 | 900.00 |
| Plan & Disclosure Statement | 5.00 | 1,800.00 |
| **For professional services rendered** | **22.20** | **$7,992.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Stanley Kowalewski et al (Under Fee Cap)**

**For the Period from 6/1/2011 to 6/30/2011**

August 04, 2011

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Accounting** | | | | |
| 6/3/2011 | SGH | Reviewed and singed audit engagement letter with Bennett Thrasher. | 0.30 360.00/hr | 108.00 |
| | SGH | Reviewed ███████████████████ and drafted email regarding same. | 0.30 360.00/hr | 108.00 |
| 6/6/2011 | SGH | Reviewed email regarding ██████. | 0.20 360.00/hr | 72.00 |
| 6/24/2011 | SGH | Reviewed emails and attached letter regarding ████████████. Reviewed bills to be sent to GPA and notices to funds. Discussed with Jim Begnaud. | 0.30 360.00/hr | 108.00 |
| | | Subtotal | 1.10 | 396.00 |
| **Asset Disposition** | | | | |
| 6/1/2011 | SGH | Reviewed a series of emails regarding ████████ Tom Todd, counsel for Stan Kowalewski, Bill Hill, counsel for Track Kowalewski and Tom Bosch. | 0.40 360.00/hr | 144.00 |
| 6/3/2011 | SGH | Reviewed and responded to email regarding ██████. | 0.20 360.00/hr | 72.00 |
| 6/10/2011 | SGH | Reviewed and responded to emails regarding ██████. | 0.30 360.00/hr | 108.00 |
| 6/20/2011 | SGH | Telephone call from Fred Leske regarding the sale of McNairy and McNealy. Discussed the buyer walking on McNariy and issues regarding ███████████. Drafted email to Tom Bosch. | 0.40 360.00/hr | 144.00 |
| | SGH | Contacted appraiser to get an appraisal on the SJK lot. Drafted email to Ty Sutton. Corresponded with Tom Flanagan, broker, regarding the property. | 0.40 360.00/hr | 144.00 |
| 6/22/2011 | SGH | Reviewed emails regarding McNairy and beach house and corresponded with Tom Bosch regarding same. | 0.20 360.00/hr | 72.00 |
| 6/24/2011 | SGH | Telephone call to Tom Taylor to engage appraiser for SJK IM lot. Sent information. Corresponded with Tom Taylor and agreed to engagement and fee. | 0.30 360.00/hr | 108.00 |
| 6/27/2011 | SGH | Considered issues and draft email to follow-up regarding McNairy Point to Fred Leske. | 0.10 360.00/hr | 36.00 |
| | | Subtotal | 2.30 | 828.00 |
| **Business Operations** | | | | |
| 6/3/2011 | SGH | Reviewed email regarding ████████████████ and call to Tom Bosch regarding same. | 0.30 360.00/hr | 108.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2011 | SGH | Reviewed ███████████████████ and drafted email to Tom Bosch regarding ██████████. Reviewed chain of emails and comments regarding ████████████████████████████████. | 0.40 360.00/hr | 144.00 |
|  | SGH | Reviewed email regarding ████████████████████. | 0.20 360.00/hr | 72.00 |
|  | SGH | Reviewed and responded to email regarding ████████ | 0.30 360.00/hr | 108.00 |
|  | SGH | Telephone call to Tom Bosch regarding ███████████ ████████ | 0.20 360.00/hr | 72.00 |
| 6/6/2011 | SGH | Reviewed and signed the Director's Resolution regarding CIMA letter and auditors for the ARF Ltd. | 0.20 360.00/hr | 72.00 |
|  | SGH | Reviewed and signed the Director's Resolution regarding CIMA letter and auditors for the LSEF Ltd. | 0.20 360.00/hr | 72.00 |
|  | SGH | Reviewed emails from St. Josephs and Tom Bosch regarding ████████████████████. Also reviewed response from Scott Askue regarding same. | 0.20 360.00/hr | 72.00 |
|  | SGH | Reviewed and responded to emails regarding █████ ████████████████████████████████ | 0.40 360.00/hr | 144.00 |
| 6/7/2011 | SGH | Reviewed emails regarding ██████████████████. | 0.20 360.00/hr | 72.00 |
| 6/8/2011 | SGH | Reviewed emails regarding ██████████████████ | 0.20 360.00/hr | 72.00 |
| 6/21/2011 | SGH | Telephone call from Goldman Sacks representative regarding the redemption. | 0.20 360.00/hr | 72.00 |
|  | SGH | Reviewed ████████████████████████████████. Drafted email to Tom Bosch regarding same. | 0.40 360.00/hr | 144.00 |
|  | SGH | Reviewed ██████████████████████████████. Discussed ████████████ with Scott Askue. Telephone call to Tom Bosch regarding same. | 0.40 360.00/hr | 144.00 |
|  | SGH | Telephone call regarding ████████████████ and responded to email. | 0.20 360.00/hr | 72.00 |
| 6/23/2011 | SGH | Attended ARF Board conference call for the ARF Ltd. | 0.30 360.00/hr | 108.00 |
|  | SGH | Attended LSEF Board conference call fo rthe LSEF Ltd. | 0.30 360.00/hr | 108.00 |
| 6/24/2011 | SGH | Reviewed and responded to emails regarding██████, Reviewed analysis of SOF valuation. | 0.40 360.00/hr | 144.00 |
| 6/27/2011 | SGH | Reviewed ████████████████████████. Met with Jim Begnaud and discussed ████████████. Discussed █████ ████████████████████████. | 0.40 360.00/hr | 144.00 |
|  |  | Subtotal | 5.40 | 1,944.00 |

**Case Administration**

| 6/1/2011 | SGH | Reviewed and responded to miscellaneous emails. | 0.30 360.00/hr | 108.00 |
|---|---|---|---|---|
| 6/2/2011 | SGH | Reviewed and responded to emails regarding██████ ████████████████████████ | 0.50 360.00/hr | 180.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2011 | SGH | Telephone call from Tom Bosch regarding various pending matters including ▬ | 0.20 360.00/hr | 72.00 |
| 6/7/2011 | SGH | Reviewed and responded to emails regarding ▬ | 0.40 360.00/hr | 144.00 |
| 6/8/2011 | SGH | Reviewed emails from Tom Bosch regarding ▬ ▬ Responded as appropriate. | 0.20 360.00/hr | 72.00 |
| 6/9/2011 | SGH | Reviewed and responded to emails on wide variety of issues. | 0.20 360.00/hr | 72.00 |
| 6/10/2011 | SGH | Telephone call to Alex Rue regarding the status of the case and the fees to date. | 0.20 360.00/hr | 72.00 |
| 6/13/2011 | SGH | Reviewed and responded to miscellaneous emails on a variety of issues. | 0.20 360.00/hr | 72.00 |
| 6/20/2011 | SGH | Reviewed email to investors regarding status of case and possible distributions. Telephone cal to Tom Bosch regarding ▬. | 0.20 360.00/hr | 72.00 |
| 6/21/2011 | SGH | Reviewed and responded to email from Tom Bosh regarding ▬. Considered pending matters. Drafted email regarding McNairy. | 0.20 360.00/hr | 72.00 |
| 6/23/2011 | SGH | Met with Tom Bosch, David Dantzler, Natalie Sacha, Scott Askue, Jim Jennings and Kathy Malek regarding various issues including: ▬. | 2.50 360.00/hr | 900.00 |
| 6/28/2011 | SGH | Telephone call from Tom Bosch regarding ▬ | 0.30 360.00/hr | 108.00 |
| 6/30/2011 | SGH | Reviewed and signed documents for sale of boats (.2). Reviewed and responded to emails regarding ▬ (.2). Reviewed and signed letter to transfer funds to SS&C (.1) | 0.50 360.00/hr | 180.00 |
|  |  | Subtotal | 5.90 | 2,124.00 |

### Fee / Employment Applications & Objection

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2011 | SGH | Reviewed ▬ Drafted email to Tom Bosch regarding same. | 1.20 360.00/hr | 432.00 |
|  | SGH | Updated information and draft of bios for the fee application. | 0.30 360.00/hr | 108.00 |
| 6/8/2011 | SGH | Reviewed emails from Tom Bosch regarding ▬. Reviewed ▬ Issues. | 0.20 360.00/hr | 72.00 |
| 6/9/2011 | SGH | Telephone call from Tom Bosch regarding ▬ | 0.20 360.00/hr | 72.00 |
| 6/27/2011 | SGH | Reviewed the Troutman Sanders May invoice for outside of cap fees of $31,293. | 0.30 360.00/hr | 108.00 |
|  | SGH | Reviewed the Troutman Sanders May invoice for total fees of $46,083 that are under the fee cap. | 0.30 360.00/hr | 108.00 |
|  |  | Subtotal | 2.50 | 900.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

### Plan & Disclosure Statement

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/23/2011 | SGH | Reviewed ███████████ and drafted notes for discussion with Tom Bosch. | 0.80 360.00/hr | 288.00 |
| 6/27/2011 | SGH | Reviewed ███████████. Sent email to Tom Bosch regarding same. | 1.00 360.00/hr | 360.00 |
| | SGH | Review and discussion with Scott Askue regarding preparing a waterfall analysis consistent with the Plan for the hearing on this matter. | 0.30 360.00/hr | 108.00 |
| | SGH | Telephone call to Tom Bosch regarding ███████ | 0.30 360.00/hr | 108.00 |
| 6/28/2011 | SGH | Telephone call from Tom Bosch regarding ██████████ | 0.20 360.00/hr | 72.00 |
| | SGH | Reviewed ████████████. Drafted email to Tom Bosch and David Dantzler regarding ████████████ Also, researched issues regarding ████████████ | 1.50 360.00/hr | 540.00 |
| | SGH | Additional communications with Tom Bosch regarding ████████████ | 0.40 360.00/hr | 144.00 |
| 6/29/2011 | SGH | Reviewed ██████████ and corresponded with Tom Bosch regarding same. | 0.50 360.00/hr | 180.00 |
| | | Subtotal | 5.00 | 1,800.00 |
| | | **For professional services rendered** | **22.20** | **$7,992.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Stanley Kowalewski et al (Not Under Fee Cap)**

**For the Period from    6/1/2011    to  6/30/2011**

August 04, 2011

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 5.70 | 2,052.00 |
|  | 360.00/hr |  |
| **For professional services rendered** | **5.70** | **$2,052.00** |

CTP - Certified Turnaround Professional
CFE - Certified Fraud Examiner
CIRA - Certified Insolvency and Restructuring Advisor

CPA - Certified Public Accountant
PHR - Professional in Human Resources

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Stanley Kowalewski et al (Not Under Fee Cap)**

**For the Period from    6/1/2011    to   6/30/2011**

August 04, 2011

Professional Services

|  | Hours | Amount |
|---|---|---|
| Litigation Consulting | 4.70 | 1,692.00 |
| Tax Issues | 1.00 | 360.00 |
| **For professional services rendered** | **5.70** | **$2,052.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Stanley Kowalewski et al (Not Under Fee Cap)**

### For the Period from 6/1/2011 to 6/30/2011

August 04, 2011

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Litigation Consulting** | | | | |
| 6/2/2011 SGH | Participated in meeting at Troutman Sanders with Alex Rue, Michael Cates, Tom Bosch, Tom Todd and Bill Hill. Discussed ███. After the meeting, discussed ███ with Tom Bosch. | | 3.50 360.00/hr | 1,260.00 |
| 6/3/2011 SGH | Reviewed emails regarding ███. | | 0.20 360.00/hr | 72.00 |
| SGH | ███ reviewed ██. Call to Tom Bosch regarding same. | | 0.60 360.00/hr | 216.00 |
| 6/22/2011 SGH | Reviewed issues regarding ███ and discussions with Scott Askue and Jim Begnaud. | | 0.20 360.00/hr | 72.00 |
| 6/29/2011 SGH | Reviewed docket activity including orders regarding Stan Kowalewski settlement with SEC. | | 0.20 360.00/hr | 72.00 |
|  | Subtotal | | 4.70 | 1,692.00 |
| **Tax Issues** | | | | |
| 6/3/2011 SGH | ███ drafted email to Tom Bosch regarding ███. Reviewed email from Tom Bosch regarding same. | | 0.30 360.00/hr | 108.00 |
| 6/7/2011 SGH | Reviewed notice of intent to levy sent by the IRS and reviewed and exchanged emails regarding same. | | 0.20 360.00/hr | 72.00 |
| 6/14/2011 SGH | Reviewed email regarding payroll tax and NC taxes and responded. | | 0.20 360.00/hr | 72.00 |
| 6/30/2011 SGH | Reviewed and signed tax forms for payroll tax reporting. | | 0.30 360.00/hr | 108.00 |
|  | Subtotal | | 1.00 | 360.00 |
|  | **For professional services rendered** | | **5.70** | **$2,052.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Stanley Kowalewski et al (Under Fee Cap)**

**For the Period from**    **7/1/2011**   **to**  **7/31/2011**

August 04, 2011


Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| S. Gregory Hays, CTP, CIRA | 14.80 | 5,328.00 |
| | 360.00/hr | |
| **For professional services rendered** | **14.80** | **$5,328.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

**SEC v. Stanley Kowalewski et al (Under Fee Cap)**

**For the Period from    7/1/2011    to    7/31/2011**

August 04, 2011

Professional Services

|  | Hours | Amount |
|---|---|---|
| Accounting | 1.50 | 540.00 |
| Asset Disposition | 5.70 | 2,052.00 |
| Business Operations | 3.80 | 1,368.00 |
| Case Administration | 2.30 | 828.00 |
| Claims Administration & Objections | 0.30 | 108.00 |
| Employee Benefits / Pensions | 0.30 | 108.00 |
| Plan & Disclosure Statement | 0.90 | 324.00 |
| **For professional services rendered** | **14.80** | **$5,328.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

---

**SEC v. Stanley Kowalewski et al (Under Fee Cap)**

**For the Period from    7/1/2011    to   7/31/2011**

August 04, 2011

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Accounting** |  |  |  |  |
| 7/22/2011 | SGH | Reviewed email to Bennett Thrasher regarding the audit. | 0.20 360.00/hr | 72.00 |
| 7/27/2011 | SGH | Reviewed and responded to emails regarding ▆▆▆▆. Corresponded with Tom Bosch and Rupert Bell regarding same. Corresponded with Jim Jennings regarding the FAR reports. | 1.00 360.00/hr | 360.00 |
| 7/28/2011 | SGH | Reviewed emails and correspondence to CIMA regarding the extension of time for audits. Reviewed emails regarding the letter for the audit to be signed by SJK IM. | 0.30 360.00/hr | 108.00 |
|  |  | Subtotal | 1.50 | 540.00 |
| **Asset Disposition** |  |  |  |  |
| 7/1/2011 | SGH | Reviewed contract for sale of beach house and counter offer and communicated with Tom Bosch and Jennifer Duncan regarding same. Telephone call to Alan Altman at Pawley's Island Realty regarding same. | 0.50 360.00/hr | 180.00 |
|  | SGH | Reviewed emails regarding new offer on McNairy. Communicated with Tom Bosch regarding same. | 0.30 360.00/hr | 108.00 |
| 7/5/2011 | SGH | Reviewed appraisal on the SJK lot for $170,000 and sent email to counsel. Corresponded with broker on the listing of the lot and recent interest. | 0.40 360.00/hr | 144.00 |
| 7/6/2011 | SGH | Reviewed and edited the Addendum for the sale of the beach house and communicated with the broker regarding issues in a receiver sale (.5). Located the list of personal property to be removed from the house to attach to contract (.2). Reviewed document regarding receiver sale procedures (.3). Reviewed and responded to emails regarding the changes to the Addendum and extension of the contract (.4). Reviewed and signed the Addendum to the Sale Contract to sell for $3.2 million (.3). | 1.70 360.00/hr | 612.00 |
| 7/11/2011 | SGH | Reviewed letter regarding the dock permit on Pawley's Island house and drafted email regarding the same in effort to keep the dock permit in place for sale of the property. Drafted email to Broker to engage a land surveyor to keep the permit. | 0.30 360.00/hr | 108.00 |
| 7/12/2011 | SGH | Corresponded with Pawely's Island broker. | 0.10 360.00/hr | 36.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/15/2011 | SGH | Reviewed contract on beach house and drafted email to realtor and Jennifer Duncan. Reviewed and signed contract extension for sale of beach house. | 0.40 360.00/hr | 144.00 |
| 7/20/2011 | SGH | Reviewed emails and signed documents regarding sale of boat. | 0.20 360.00/hr | 72.00 |
| | SGH | Reviewed contract from Sorrisco on offer on the beach house and corresponded with counsel and real estate agent regarding same. | 0.40 360.00/hr | 144.00 |
| 7/25/2011 | SGH | Reviewed ▮▮▮▮▮▮▮▮▮▮▮▮▮. Responded to Tom Bosch regarding same. | 0.40 360.00/hr | 144.00 |
| | SGH | Telephone call from Tom Flanagan regarding the property on Oak Ridge Road. Emailed Kevan Combs regarding same. Emails Tom Flanagan regarding same. | 0.30 360.00/hr | 108.00 |
| 7/27/2011 | SGH | Reviewed the draft of the new notice on McNairy Point and corresponded with Tom Bosch regarding ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 360.00/hr | 108.00 |
| 7/28/2011 | SGH | Reviewed and responded to emails regarding McNealy point and the necessity of a release for the estate. Drafted emails to Tom Bosch regarding same. Reviewed emails regarding the $300,000 investment in McNealy. Considered issues regarding same. | 0.40 360.00/hr | 144.00 |
| | | Subtotal | 5.70 | 2,052.00 |

### Business Operations

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/5/2011 | SGH | Reviewed and signed wire requests for GPA. | 0.20 360.00/hr | 72.00 |
| 7/12/2011 | SGH | Telephone call form Betty Braxton of SunTrust. Reviewed and responded to emails regarding the ▮▮▮▮▮▮▮▮▮▮ | 0.30 360.00/hr | 108.00 |
| 7/14/2011 | SGH | Reviewed and signed corporate resolution for the long/short equity fund. | 0.20 360.00/hr | 72.00 |
| 7/15/2011 | SGH | Reviewed email and minutes from Rupert Bell for the SJK ARF LLC. | 0.20 360.00/hr | 72.00 |
| | SGH | Reviewed and signed checks for operating expenses. | 0.20 360.00/hr | 72.00 |
| 7/18/2011 | SGH | Reviewed minutes of the SJK ARF and email regarding same. | 0.30 360.00/hr | 108.00 |
| | SGH | Reviewed and responded to email regarding state registration as an investment advisor. | 0.20 360.00/hr | 72.00 |
| 7/20/2011 | SGH | Reviewed email regarding registration of SJK. | 0.20 360.00/hr | 72.00 |
| | SGH | Reviewed email regarding ARF issues and minutes | 0.20 360.00/hr | 72.00 |
| 7/21/2011 | SGH | Participated in the SJK ARF board call. Discussed Plan of Distribution and the distribution in conjunction with Cayman law, redemptions, advancement issues, DLA invoice, reserves for payment of professional fees, holdback, audit, Walkers fees and other matters. | 0.80 360.00/hr | 288.00 |
| 7/22/2011 | SGH | Reviewed Walkers' bills and email regarding the $76K in invoices to Scott Askue and Tom Bosch. | 0.50 360.00/hr | 180.00 |
| 7/25/2011 | SGH | Reviewed email regarding redemption and responded. Reviewed and responded to emails regarding status of the audits. | 0.30 360.00/hr | 108.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/27/2011 SGH | Reviewed emails regarding Black Diamond redemption and corresponded with Kathy Malek and Tom Bosch regarding same. | 0.20<br>360.00/hr | 72.00 |
|  | Subtotal | 3.80 | 1,368.00 |

### Case Administration

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/12/2011 SGH | Reviewed and responded to emails regarding variety of pending issues. | 0.30<br>360.00/hr | 108.00 |
| 7/15/2011 SGH | ███████████████████████████████ | 2.00<br>360.00/hr | 720.00 |
|  | Subtotal | 2.30 | 828.00 |

### Claims Administration & Objections

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/7/2011 SGH | Reviewed two liens filed against SJK and communicated with Tom Bosch and Jim Begnaud regarding same and researching information on the underlying claims. | 0.30<br>360.00/hr | 108.00 |
|  | Subtotal | 0.30 | 108.00 |

### Employee Benefits / Pensions

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/27/2011 SGH | Reviewed emails regarding the 401k plan and funding the plan when fund are not available in SJK IM. Corresponded with Kathy Malek and Tom Bosch regarding same. | 0.30<br>360.00/hr | 108.00 |
|  | Subtotal | 0.30 | 108.00 |

### Plan & Disclosure Statement

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/1/2011 SGH | Reviewed ███████████████████████ ███ Telephone call from Tom Bosch regarding same. | 0.40<br>360.00/hr | 144.00 |
| 7/21/2011 SGH | Conference call with Tom Bosh and Scott Askue regarding ███████████████████████ | 0.50<br>360.00/hr | 180.00 |
|  | Subtotal | 0.90 | 324.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **For professional services rendered** |  | **14.80** | **$5,328.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326-

---

**SEC v. Stanley Kowalewski et al (Not Under Fee Cap)**

### For the Period from    7/1/2011   to  7/31/2011

August 04, 2011

Professional Services

|                                    | Hrs/Rate   | Amount     |
|------------------------------------|-----------:|-----------:|
| S. Gregory Hays, CTP, CIRA         | 5.60       | 2,016.00   |
|                                    | 360.00/hr  |            |
| **For professional services rendered** | **5.60** | **$2,016.00** |

CTP - Certified Turnaround Professional          CPA - Certified Public Accountant
CFE - Certified Fraud Examiner                     PHR - Professional in Human Resources
CIRA - Certified Insolvency and Restructuring Advisor

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Stanley Kowalewski et al (Not Under Fee Cap)**

**For the Period from    7/1/2011   to  7/31/2011**

August 04, 2011

Professional Services

|  | Hours | Amount |
|---|---|---|
| Litigation Consulting | 2.00 | 720.00 |
| Tax Issues | 3.60 | 1,296.00 |
| **For professional services rendered** | **5.60** | **$2,016.00** |

# Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326-

**SEC v. Stanley Kowalewski et al (Not Under Fee Cap)**

**For the Period from    7/1/2011   to  7/31/2011**

August 04, 2011

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Litigation Consulting** | | | | |
| 7/6/2011 | SGH | Reviewed letter from William Hill and related attachments regarding ███████ . | 0.40 360.00/hr | 144.00 |
| 7/7/2011 | SGH | Reviewed complaint against Montford and telephone call to ███████ regarding pending matter in the case and status of asset recovery issues. | 0.30 360.00/hr | 108.00 |
| 7/18/2011 | SGH | Reviewed and responded to emails regarding ███████ | 0.20 360.00/hr | 72.00 |
| 7/22/2011 | SGH | Reviewed and responded to emails regarding ████ . | 0.30 360.00/hr | 108.00 |
| | SGH | Reviewed Montford subpoena. | 0.20 360.00/hr | 72.00 |
| 7/27/2011 | SGH | Reviewed ███████ and corresponded with Tom Bosch, Natalie Sacha and Kathy Malek regarding same. ███████ | 0.30 360.00/hr | 108.00 |
| 7/28/2011 | SGH | Reviewed ███████ and drafted email to Donna Gibson regarding same. | 0.30 360.00/hr | 108.00 |
| | | **Subtotal** | **2.00** | **720.00** |
| **Tax Issues** | | | | |
| 7/7/2011 | SGH | Reviewed and responded to email regarding ███████ . | 0.30 360.00/hr | 108.00 |
| | SGH | Reviewed and discussed with Jim Jennings regarding the ███████ . | 0.30 360.00/hr | 108.00 |
| 7/14/2011 | SGH | Reviewed ███████ . Drafted an email to Jim Jennings regarding same. | 1.10 360.00/hr | 396.00 |
| 7/15/2011 | SGH | Reviewed ███████ and drafted email to Tom Bosch regarding ███████ | 0.40 360.00/hr | 144.00 |
| | SGH | Reviewed email from Tom Bosch on ███████ and responded regarding ███████ . | 0.20 360.00/hr | 72.00 |
| 7/20/2011 | SGH | Reviewed ███████ regarding ███████ and drafted email regarding ███████ | 0.40 360.00/hr | 144.00 |
| 7/22/2011 | SGH | Reviewed emails regarding ████ from Jim Jennings and Tom Bosch. | 0.40 360.00/hr | 144.00 |
| | SGH | Reviewed email from Jim Jennings regarding ███████ . | 0.50 360.00/hr | 180.00 |

|  | Hrs/Rate | Amount |
|---|---|---|
| Subtotal | 3.60 | 1,296.00 |
| **For professional services rendered** | **5.60** | **$2,016.00** |