# EXHIBIT B

## BLANKET TRANSFER AND ASSIGNMENT OF TANGIBLE AND INTANGIBLE PERSONAL PROPERTY

THIS BLANKET TRANSFER AND ASSIGNMENT OF INTANGIBLE PROPERTY, made and entered into this 21ˢᵗ day of September, 2011, by and between Stanley J. Kowalewski hereinafter referred to as "Assignor"), in favor of the SJK Special Opportunities Fund, LP (hereinafter referred to as "Assignee");

### WITNESSETH:

For and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00), and the mutual covenants herein contained, the receipt and sufficiency of the foregoing consideration being hereby acknowledged by the parties hereto, Assignor hereby disclaims any interest in and transfers, grants, conveys, quitclaims, delivers, and assigns to Assignee the following (hereinafter referred to as the Property), to-wit:

1. All of the right, title, interest, and benefit of Assignor in, to and under Account No. 000627183939 at First Citizens Bank.

2. All of the right, title, interest, and benefit of Assignor, in and to any shares, membership units, or other ownership interest in the following entities:

   (a) SJK Investment Management, LLC

   (b) SJK Absolute Return Fund, LLC

   (c) SJK Long/Short Equity Fund, LLC

   (d) SJK Special Opportunities Fund, LP

   (e) SK General Partner, LLC

   (f) KSTSO Holdings, LLC

3. All of the right, title, interest, and benefit of Assignor in and to the proceeds of the sales of the following boats and watercraft:

   (a) **Jet Boat**
   2008 Yamaha SCT1100E-GG (Boat)
   2008MFI YMH230 (Trailer)

2312957v2

_____ Initials

**(b) Jet Skis**
   2009 Yamaha FX1800A-HZ ("Wave Runner")
   2009 Yamaha FX1800A-HR ("Wave Runner")
   2010 Road King Trailer (Trailer)

**(c) Carolina Skiff**
   2010 Carolina Skiff 18JV (Boat)
   2010 Yamaha F60LTR (Motor)
   2010 Wesco 1820FSE (Trailer)

4. All of the right, title, interest, and benefit of Assignor in and to any and all proceeds, whether in kind or monetary obtained by Assignor, from January 1, 2010 through present in connection with the sale or removal of personal property or fixtures from the real property located at 5802 Henson Farms Road, Summerfield, NC.

5. All of the right, title, interest, and benefit of Assignor in and to a check issued from the Internal Revenue Service to Stanley J. Kowalewski and Traci M. Kowalewski in connection with a refund of 2009 federal income taxes.

6. All of the right, title, interest, and benefit of Assignor in any other tangible or intangible property that was acquired with or is traceable to, in whole or in part, the proceeds of the investment offerings at issue in *Securities and Exchange Commission v. Kowalewski, et al.*, Civil Action No. 1:11-CV-0056-TCB, United States District Court for the Northern District of Georgia, Atlanta Division.

In furtherance of this Blanket Transfer and Assignment, Assignor hereby acknowledges that, from this date, Assignee has succeeded to all of his right, title, and standing to receive all rights and benefits pertaining to all rights, title, interests and benefits transferred and assigned hereby; institute and prosecute all proceedings and take all action that Assignee, in its sole discretion, may deem necessary or proper to collect, assert, or enforce any claim, right, or title of any kind in and to any and all rights, title, interests, and benefits transferred and assigned hereby; and defend and compromise any and all such actions, suits, or proceedings relating to such transferred and assigned rights, title, interests, and benefits, and do all other such acts and things in relation thereto as Assignee, in its sole discretion, shall deem advisable.

This Blanket Transfer and Assignment shall be governed by, and construed under, the laws of the State of Georgia.

This Assignment may be executed in multiple counterparts, each of which shall constitute an original, and all of which when taken together shall constitute one and the same instrument.

This Assignment shall bind and inure to the benefit of the parties hereto and respective successors and assigns.

2312957v2                           2                           _____ Initials

{Executions on following page]

2312957v2

3


Initials

IN WITNESS WHEREOF, the undersigned have affixed their hands and seals by their duly authorized representatives as of the date and year first above written.

ASSIGNOR:

_[signature]_
Stanley J. Kowalewski

ASSIGNEE:

The SJK Special Opportunities Fund, LP

_[signature]_
Name: S. Gregory Hays
Title: Receiver

2312957v2

4

_[initials]_ Initials