IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>STANLEY J. KOWALEWSKI and SJK INVESTMENT MANAGEMENT, LLC,<br><br>    Defendants. | Civil Action Number<br>1:11-CV-00056-TCB |

## NOTICE OF SETTLEMENT

S. Gregory Hays ("Receiver"), the court-appointed Receiver for SJK Investment Management, LLC ("SJK"), and the SJK Special Opportunities Fund, LP (the "Special Opportunities Fund"), files this Notice of Settlement, showing the Court as follows:

1.   Pursuant to Orders dated February 2, 2011[ECF No. 37] and March 8, 2011 [ECF No. 59] (the "Receivership Orders"), S. Gregory Hays was appointed as Receiver for Stanley J. Kowalewski ("Kowalewski"),  SJK Investment Management, LLC ("SJK"), the SJK Special Opportunities Fund, LP (the "SOF"), and all of their assets.  The receivership over Kowalewski and his assets was terminated on September 30, 2011.  (SJK, the SOF, and their assets are referred to collectively as the "Receiver Estate").

2. Although not in receivership, there are four "SJK Funds" that previously were managed by SJK and Kowalewski: the SJK Absolute Return Fund, LLC; the SJK Absolute Return Fund, LTD; the SJK Long/Short Equity Fund, LLC; and the SJK Long/Short Equity Fund, Ltd.  (the two Absolute Return Funds are referred to collectively as the "Absolute Return Funds").

3. As previously disclosed in filings in this action and during a March 27, 2012 status conference, the Absolute Return Funds engaged Troutman Sanders LLP, which also acts as counsel to the Receiver in this receivership, to pursue claims against a third-party professional service provider (the "Professional").

4. In 2013, the Absolute Return Funds commenced an action against the Professional and that action currently is pending in the United States District Court for the Middle District of North Carolina, Docket Number 1:13-CV-00432 (the "Action").

5. On March 6, 2014, after lengthy negotiations, the Absolute Return Funds and the Professional entered into a settlement (the "Settlement,"), pursuant to which they have resolved the claims asserted in the Action and any all other actual or potential claims between them, without admission of wrongdoing on the Professional's part.  All terms of the Settlement are confidential.

6. The Receiver and the Receiver Estate are not parties to the Settlement; however, in connection with the Settlement, the Receiver and the Receiver Estate, on the one hand, and the Professional, on the other, have entered into mutual releases of all potential claims that they may have against each other.

Respectfully submitted, this 19th day of March, 2014.

/s/ *Thomas B. Bosch*
J. David Dantzler, Jr.
Georgia Bar No. 205125
david.dantzler@troutmansanders.com
Thomas B. Bosch
Georgia Bar No. 068740
tom.bosch@troutmansanders.com
Natalie D. Sacha
Georgia Bar No. 558276
natalie.sacha@troutmansanders.com

**TROUTMAN SANDERS LLP**
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000 (phone)
(404) 885-3900 (fax)

*Attorneys for S. Gregory Hays, Receiver*

## **CERTIFICATE OF COMPLIANCE OF LOCAL RULE 7.1D**

I hereby certify that the foregoing has been prepared in a Times New Roman 14 point font, one of the font and point selections approved by the Court in Local Rule 5.1B.

>/s/ *Thomas B. Bosch*
>Thomas B. Bosch
>Georgia Bar No. 068740

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF SETTLEMENT** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 19th day of March, 2014.

/s/ *Thomas B. Bosch*
Thomas B. Bosch
Georgia Bar No. 068740