# EXHIBIT A

**SJK Investment Management, Inc.**
**Post Receivership Recoveries and Expenses**
**February 1, 2011 through December 2011 [1]**

**Assets February 1, 2011[2]**

| | |
|---|---:|
| Bank Account | $53,982.58 |
| Office Furniture | $7,000.00 |
| Management Fees Earned | $224,205.90 |
| Oak Ridge Lot | $141,000.00 |
| **Total Assets as of February 1, 2011** | **$426,188.48** |

**Recoveries/Income Through December 2011**

| | |
|---|---:|
| Management Fees | $408,762.71 |
| Cobra Payments | $1,146.90 |
| Misc. Recoveries/Income | $210.00 |
| Interest Income | $8.82 |
| **Total Recoveries Through December 2011** | **$410,128.43** |

**Operating Expenses Through December 2011**

| | |
|---|---:|
| Taxes (Net) | $216,833.80 |
| 401(K) Obligations | $80,994.30 |
| Data Recovery and Storage | $48,399.32 |
| Insurance (Net) | $17,152.92 |
| Former Employees | $6,514.31 |
| Misc. Expense | $2,608.50 |
| Property Appraisal | $2,600.00 |
| Document Production | $2,439.06 |
| **Total Operating Expenses Through December 2011** | **$377,542.21** |

**Assets Transferred to SJK Special Opportunities Fund**

| | |
|---|---:|
| Oak Ridge Lot[2] | $141,000.00 |
| Cash on Hand[3] | $317,774.70 |
| **Total Transferred Assets** | **$458,774.70** |

| | |
|---|---:|
| **Assets Remaining** | $0.00 |

[1] SJK ceased all operations in December 2011.

[2] Represents estimated fair market value of asset net of estimated cost to sell and not book value.

[3] Under the terms of the Receiver's Supplemental Plan for Administration of Receiver Estate and Distribution of Proceeds, a portion of the cash transferred to the Special Opportunities Fund was used to pay approved creditor claims against SJK Investment Management LLC.