# EXHIBIT B

**SJK Special Opportunities Fund, LP**
**Post-Receivership Activity**
**March 1, 2011 through Close of Receivership[1]**

**Net Asset Value as of March 1, 2011**

| | |
|---|---:|
| Cash | $1,438,473 |
| Pawley's Island Beach House | $2,769,500 |
| KSTSO Holdings, LLC | $249,773 |
| CDLD Holdings, LLC | $0 |
| McNeely Developers, LLC | $0 |
| Balance of Combs Group, LLC Loan | $0 |
| J. Destiny, Inc. | $0 |
| Velocity Sports Franchise | $0 |
| **Net Asset Value as of March 1, 2011** | **$4,457,746** |

**Adjustments to Value of Original Holdings** ($85,774)

**Recoveries[2]**

| | |
|---|---:|
| Kowalewski Ownership Interest in ARF LLC | $543,905 |
| Kowalewski Ownership Interest in LSEF LLC | $477,441 |
| Kowalewski Forfeited Cash | $98,023 |
| Kowalewski Transfer of Watercraft (Net of Sale, Repair and Storage costs) | $45,147 |
| Kowalewski Monthly Payments | $42,500 |
| Kowalewski Transfer of Henson Farms Property | $700,000 |
| Kowalewski Transfer of Southwind Road Property | $165,000 |
| SJK Transfer of Oak Ridge Lot | $69,414 |
| Cash Transfer from SJK | $317,775 |
| Fontenot Foundation Settlement | $60,000 |
| Combs Note Interest & Settlement | $130,375 |
| Tax Refunds | $15,927 |
| Traci Kowalewski Ring | $10,000 |
| Beach House Rental Income | $296,811 |
| Other Recoveries (Net of Fees and Expenses) | $666,107 |
| **Total Recoveries** | **$3,638,424** |

**Fund Operating Expenses**

| | |
|---|---:|
| Real Property Expenses[3] | $274,398 |
| Adjustment to Value of LSEF LLC and ARF LLC Holdings | $5,242 |
| Insurance | $165,131 |
| Income and Payroll Taxes | $36,747 |
| Outside Tax Professionals | $52,725 |
| Expert/Mediation Fees | $107,782 |
| Data Recovery and Storage | $26,730 |
| Misc. Expenses | $13,273 |
| **Total Fund Operating Expenses** | **$682,028** |

| | |
|---|---:|
| **Professional Fees and Expenses** | |
|    Receiver | |
|       Core Administration | $183,672 |
|       Extraordinary Activities | $72,787 |
|    Hays Financial Consulting | |
|       Core Administration | $503,909 |
|       Extraordinary Activities | $196,916 |
|    Troutman Sanders | |
|       Core Administration | $672,137 |
|       Extraordinary Activities | $385,610 |
| **Total Professional Fees and Expenses** | $2,015,030 |
| | |
| **Distributions** | |
|    Creditors[4] | $96,451 |
|    Investors | $5,199,749 |
| | |
| **Net Funds in Receivership / Professional Fee & Expense Reserve** | $17,138 |

[1] The Receiver was appointed as Receiver for the Special Opportunities Fund on March 8, 2011.

[2] In addition to the recoveries listed in the Recoveries sections, Kowalewski forfeited his interest in Special Opportunities Fund.  As of December 31, 2014, this interest was valued at $325,190.21.  It is not included in the Special Opportunities Fund's recoveries because it does not affect the Special Opportunities Fund's Net Asset Value; however, this recovery did benefit investors.  In January 2015, Kowalewski's interest was reallocated to the other investors in the Special Opportunities Fund LLC.

[3] Includes expenses for utilities, repairs and maintenance, taxes, mortgage payoffs, and expenses paid at sale closing.

[4] This amount includes payment of approved claims against both the Special Opportunities Fund and SJK Investment Management, LLC ("SJK"). Approved claims against SJK were from money transferred by SJK to the Special Opportunities Fund. See Receiver's Supplemental Plan for Administration of Receiver Estate and Distribution of Proceeds.