IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NUMBER 1:11-cv-0056-TCB |
| STANLEY J. KOWALEWSKI and SJK INVESTMENT MANAGEMENT, LLC, | |
| Defendants. | |

## **O R D E R**

This matter comes before the Court following the conclusion of all activities in the receivership, final administration of the receivership estate, and final accounting in this action. The receivership having been terminated, this action is due to be closed. The Clerk is directed to close this case.

IT IS SO ORDERED this 30th day of June, 2015.

_____
Timothy C. Batten, Sr.
United States District Judge