IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>STANLEY J. KOWALEWSKI and<br>SJK INVESTMENT MANAGEMENT, LLC,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:11-cv-0056-TCB |

## RECEIVER'S NOTICE OF CONCLUSION OF RECEIVERSHIP

S. Gregory Hays, Receiver for Defendants SJK Investment Management, LLC and the SJK Special Opportunities Fund, LP, pursuant to the Court's June 18, 2015 Order Opening Case for Final Administration, Authorizing the Procedures Set Forth in the Receiver's Final Report, and Closing the Receivership (the "Order") [ECF No. 221], files this Notice of Conclusion of Receivership.

As of the date of this Notice, all matters in this receivership have been concluded. Under the Order, upon the filing of this Notice, the Receiver shall be relieved of all of his duties and obligations as receiver.

This 18th day of August, 2015.

        */s/ Thomas B. Bosch*
        **J. David Dantzler, Jr.**
        Georgia Bar No. 205125
        david.dantzler@troutmansanders.com
        **Thomas B. Bosch**
        Georgia Bar No. 068740
        tom.bosch@troutmansanders.com
        **Natalie D. Sacha**
        Georgia Bar No. 558276
        natalie.sacha@troutmansanders.com

        **TROUTMAN SANDERS LLP**
        5200 Bank of America Plaza
        600 Peachtree Street, N.E.
        Atlanta, GA  30308-2216
        (404) 885-3000 (phone)
        (404) 885-3900 (fax)

        *Attorneys for S. Gregory Hays, Receiver*

## CERTIFICATE OF COMPLIANCE OF LOCAL RULE 7.1D

I hereby certify that the foregoing has been prepared in a Times New Roman 14 point font, one of the font and point selections approved by the Court in Local Rule 5.1B.

*/s/ Thomas B. Bosch*
Thomas B. Bosch
Georgia Bar No. 068740

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **RECEIVER'S NOTICE OF CONCLUSION OF RECEIVERSHIP** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 18th day of August, 2015.

/s/ *Thomas B. Bosch*
Thomas B. Bosch
Georgia Bar No. 068740